# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIO LOPES BENITEZ,<br>    *Petitioner*,<br>vs.<br>E.K. MCDANIEL, *et al.*,<br>    *Respondents*. | 3:08-cv-00543-ECR-VPC<br><br>ORDER |

This represented habeas action under 28 U.S.C. § 2254 is before the Court on respondents' motion (#26) to dismiss, which raises defenses of untimeliness of the *pro se* original petition and of relation back of the claims in the counseled amended petition. Following review, the Court concludes that an evidentiary hearing should be held as to all tolling issues raised in the briefing.

IT THEREFORE IS ORDERED that this matter shall be placed on calendar in Courtroom 3 at 10:00 a.m. on Tuesday, March 15, 2011, at the Bruce R. Thompson United States Courthouse and Federal Building, 400 South Virginia Street, Reno, Nevada, for an evidentiary hearing as to all factual issues pertaining to the tolling issues raised in connection with the respondents' motion (#26) to dismiss.

IT FURTHER IS ORDERED that no later than **fifteen (15) days** prior to the hearing, petitioner's counsel shall submit a **prisoner transport order** to secure petitioner's presence at the hearing; and any party wishing to call any other prisoner to testify similarly shall submit

an order to transport prisoner by that date. No continuance will be granted for failure to secure the attendance of the petitioner or any other prisoner unless an order to transport prisoner was timely sought.

IT FURTHER IS ORDERED that, **on the morning of the day of the hearing**, if any exhibits are to be offered in connection with the evidentiary hearing, counsel for any party seeking to introduce exhibits shall provide the Courtroom Deputy with four binders or sets of **exhibit binders**, with one such binder or set of binders containing counsel's exhibits for introduction at the hearing, and the other three binders or sets being for the bench, the witness stand, and the staff attorney. Each counsel additionally shall provide one additional binder or set of binders to opposing counsel. If joint exhibits are submitted, counsel shall make arrangements between themselves similarly to provide the Courtroom Deputy with four binders or sets of exhibit binders containing the joint exhibits.

No other date-certain pre-hearing procedures or memoranda are required at this time. If a request is made, counsel shall advise opposing counsel telephonically or through other prompt means (*e.g.*, fax or e-mail) as to the witnesses and/or exhibits that counsel in good faith then reasonably anticipates presenting at the hearing. The Court further anticipates that the hearing will take no more than a day, and likely less, to complete. If, in the course of their preparation, either counsel comes to the conclusion that more than two hours will be necessary to present their respective side of the case, counsel shall promptly advise the Courtroom Deputy and opposing counsel.

DATED:   February 14, 2011

_____
EDWARD C. REED
United States District Judge